IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY O'NEAL BULLOCK,

    **Plaintiff,**

v.                                         Civil Action No. 3:24cv432

UNKNOWN,

    **Defendant.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter indicating that he wished to bring a civil complaint and requested the appointment of counsel. (ECF No. 1.) By Memorandum Order entered on June 27, 2024, the Court denied the request for counsel without prejudice, and directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. (ECF No. 3.) The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. (ECF No. 3, at 1.) The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 8/5/2024
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge